IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    No. 4:04CR00170 GH

JIMMY LEE MOSBY                                                             DEFENDANT

### **ORDER**

On March 1st, defendant was sentenced to 180 months in the Bureau of Prisons and 4 years of supervised release. The judgment and commitment was filed on March 7th and entered on the docket on March 9th.

On April 27th, defendant filed a motion to proceed in forma pauperis in which he declared that he was filing a motion under 28 U.S.C. §2255. The motion reflects that it was executed by defendant on March 10th. By order filed on May 4th, the Court granted that IFP motion.

Defendant, on July 21st, filed a motion for leave to appeal. He states that he improperly sent his notice of appeal to the prosecutor instead of the Clerk, that he is attaching a copy of the May 3rd order authoring him to proceed in forma pauperis, that he had stated at his sentencing that his attorney had failed to provide him with adequate and effective assistance of counsel, that he is requesting that the motion be official notification as a request to have his notice of appeal properly documented, and that counsel be appointed in filing a direct appeal.

Pursuant to Appellate Procedure Rule 4(b), "... a defendant shall file the notice of appeal in the district court within 10 days after the entry ... of the judgment or order appealed from ...." Thus,

-1-

the period for appealing expired on March 23rd.[1]  While Rule 4(b) further provides that "[u]pon a showing of excusable neglect, the district court may – before or after the time has expired ... – extend the period for filing a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this subdivision," defendant's current motion is clearly outside the time-frame provided by that provision for an extension.  Hence, an appeal is simply unavailable to defendant at this time and this Court is without the authority to grant him leave to appeal.

Accordingly, defendant's pro se motion (#43) for leave to appeal is hereby denied.

IT IS SO ORDERED this 27th day of July, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

---

[1] By operation of Criminal Procedure Rule 45(a)(1) and (2).