# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                             NO. 4:04CR00170-001 SWW

JIMMY LEE MOSBY

### ORDER

The Court conducted an evidentiary hearing in this matter on September 14, 2007, to determine whether defendant had discussed with his former counsel the issue of filing a notice of appeal on his behalf. Based on a preponderance of the evidence and for the reasons stated on the record at the conclusion of such hearing, the Court found that defendant has carried his burden for showing that he did want to appeal his sentence and did make an effort to let his counsel know this.

IT IS THEREFORE ORDERED that defendant's sentence imposed in this matter on March 1, 2005, hereby is vacated, and a new sentencing date will be scheduled as soon as possible.

DATED this 18th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE