PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP -9 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Jimmy Lee Mosby                         Case Number:  4:04CR00170-01 GH

Name of Sentencing Judicial Officer:    Honorable George Howard
                                        United States District Judge

                                        Case Reassigned:  April 27, 2007
                                        Honorable Susan Webber Wright, United States District Judge

Offense:            Felon in possession of a firearm

Date of Sentence:   March 1, 2005

Sentence:           180 months Bureau of Prisons, 4 years supervised release, substance abuse treatment, mandatory drug testing, DNA, and $100 special penalty assessment

                    November 29, 2007:  Re-sentenced - 71 months Bureau of Prisons, 3 years supervised release, substance treatment, mandatory drug testing, DNA, obtain and maintain employment, and $100 special penalty assessment

Type of Supervision:   Supervised release         Date Supervision Commenced:  September 15, 2009
                                                  Expiration Date:  September 14, 2012

Asst. U.S. Attorney:  John Ray White              Defense Attorney:  Jerome Kearney

U.S. Probation Officer:  Tabitha L. Mitchell
Phone No.:  501-604-5277

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall be placed in a residential re-entry center (RRC) for a period of up to six (6) months.**

## CAUSE

Mr. Mosby is currently in the custody of the Bureau of Prisons. On August 17, 2009, he entered the City of Faith, a residential re-entry center. He is scheduled to be released on September 15, 2009,

Prob 12B                         -2-                         Request for Modifying the
                                                             Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Jimmy Lee Mosby              Case Number: 4:04CR00170-01 GH

at which time his term of supervised release will commence. On August 19, 2009, Ms. Applegate, Mr. Mosby's case manager at the City of Faith, notified the U.S. Probation Officer that Mr. Mosby did not have a release plan. On August 20, 2009, the U.S. Probation Officer met with Mr. Mosby at the City of Faith to conduct a prerelease investigation. Mr. Mosby advised he does not have a release plan. He advised he does not want to be a burden to his family. He expressed a desire to remain at the City of Faith when his term of supervised release commences so that he can obtain employment and establish his own residence.

On August 20, 2009, Mr. Mosby agreed to have his term of supervised release modified to include a residential reentry center placement for up to six months. He signed the attached PROB 49, waiving his right to a hearing. His attorney, Jerome Kearney, was contacted and is in agreement with this modification.

_Tabitha L. Mitchell_                          _John Ray White_
Tabitha L. Mitchell                             John Ray White
U.S. Probation Officer                          Assistant U.S. Attorney

Date: August 28, 2009                           Date: 08/28/09

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_Susan Webber Wright_
Signature of Judicial Officer

9-9-09
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Alan Schwull_
Supervising U.S. Probation Officer

Prob 12B                                    -3-                             Request for Modifying the
                                                                            Conditions or Terms of Supervision
                                                                            with Consent of the Offender

Name of Offender: Jimmy Lee Mosby                       Case Number: 4:04CR00170-01 GH

TLM/dwr

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be placed in a residential re-entry center (RRC) for a period of up to six (6) months.**

Witness: _Tabitha Mitchell_     Signed: X _Jimmy Moss_
U.S. Probation Officer              Probationer or Supervised Releasee

X _8-20-09_
DATE